CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MEGAN L. WHIPP (CA SBC 319182)
MWhipp@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482, U.S.A.
Telephone: 415.268.7000
Facsimile: 415.268.7522

JAMIE LEVITT (*pro hac vice*)
JLevitt@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601, U.S.A.
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
CHOBANI LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELENA NACARINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOBANI LLC,<br><br>Defendant. | Case No.   20-cv-7437-EMC<br><br>**DECLARATION OF CLAUDIA M. VETESI REGARDING CM/ECF TECHNICAL FAILURE**<br><br>Judge: Edward M. Chen<br>Courtroom: 5 |

I, Claudia M. Vetesi, declare under penalty of perjury that the following is true and correct.

1. I am a partner at the law firm of Morrison & Foerster LLP, counsel for Defendant Chobani LLC ("Chobani") in this matter. In accordance with Civil L.R. 5-1(d)(5), I submit this declaration regarding a technical failure of the Case Management/Electronic Case Files (CM/ECF) system Chobani encountered while attempting to electronic file ECF No. 69: Defendant Chobani LLC's Answer to Plaintiff's Third Amended Class Action Complaint ("Answer").

2. Pursuant to ECF No. 63, the Answer was due on March 11, 2022. At my instruction, shortly prior to 6 p.m. PT on Friday, March 11, 2022, a Morrison & Foerster LLP docket clerk attempted to file the Answer using the CM/ECF system. The docket clerk discovered that https://ecf.cand.uscourts.gov/ was offline, so e-filing was unavailable.

3. The Morrison & Foerster LLP docket clerk tried multiple additional attempts to file electronically through the CM/ECF system, at around 8pm, 9pm and 10pm PT. The Morrison & Foerster LLP docket clerk was ultimately unable to submit the Answer on March 11, 2022 because https://ecf.cand.uscourts.gov/ was offline until at least 11pm PT.

4. Pursuant to Civil L.R. 5-1(d)(5), as the CM/ECF system was subject to a technical failure on March 11, and unable to accept filings over the course of over an hour after 12 p.m., the deadline for the Answer was extended to Monday, March 14, 2022.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 14th day of March 2022, in Orinda, California.

By: _____
CLAUDIA M. VETESI

Attorneys for Defendant
CHOBANI LLC