UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NACARINO,<br><br>  Plaintiff,<br><br>   v.<br><br>CHOBANI, LLC,<br><br>  Defendant. | Case No. 20-cv-07437-EMC (AGT)<br><br>**ORDER ON MOTION TO SEAL**<br><br>Re: Dkt. No. 106 |

Chobani's request to seal exhibits A–C to the parties' January 23, 2023, joint discovery dispute letter, along with the following lines within the January 23 letter (lines 14–16 on page 2, lines 28–30 on page 3, and footnote 3 on page 4), is granted. These exhibits and excerpts reveal "confidential research, development, [and] commercial information." Fed. R. Civ. P. 26(c)(1)(G). And Chobani has persuaded the Court that "specific prejudice or harm" will result if this information is publicly disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

Chobani's request to seal line 36 on page 4 of the January 23 letter, which reveals that one of Chobani's employees is "a food scientist," is denied. Dkt. 106-2 at 4. Chobani hasn't identified "specific prejudice or harm" that will result if this information is publicly disclosed. *Phillips*, 307 F.3d at 1210–11.

Plaintiff, the party who filed the January 23 joint discovery dispute letter, must file a revised redacted version of the letter, in compliance with this order, by February 13, 2023.

**IT IS SO ORDERED.**

Dated: February 6, 2023

ALEX G. TSE
United States Magistrate Judge