UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELENA NACARINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOBANI LLC,<br><br>Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No.   20-cv-7437-EMC |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Chobani, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorney's fees.

Dated: May 3, 2023

| | |
|---|---|
| **REESE LLP** | **MORRISON & FOERSTER LLP** |
| */s/ Sue J. Nam*<br>Sue J. Nam<br>Michael R. Reese<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Phone: (212) 643-0500<br>Facsimile: (212) 253-4272<br>Emails: mreese@reesellp.com<br>snam@reesellp.com | */s/ Claudia M. Vetesi*<br>Claudia M. Vetesi<br>Lena Gankin<br>425 Market Street<br>San Francisco, CA 94105<br>Phone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Emails: CVetesi@mofo.com<br>LGankin@mofo.com |
| George V. Granade<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>ggranade@reesellp.com | Jamie A. Levitt<br>250 West 55th Street<br>New York, New York 10019-9601<br>Phone: (212) 468-8203<br>Facsimile: (212) 468-7900<br>Email: jlevitt@mofo.com |
| Kate Stoia<br>4030 23rd Street<br>San Francisco, California 94114<br>Telephone: (415) 260-0147<br>kstoia@reesellp.com | *Attorneys for Chobani, LLC* |

**SHEEHAN & ASSOCIATES, P.C.**

*/s/ Spencer Sheehan*

Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
Office: (516) 268-7080
Facsimile: (516) 234-7800

Email: spencer@spencersheehan.com

*Attorneys for Plaintiff Elena Nacarino*

**ATTESTATION OF E-FILED SIGNATURE**

I, Sue J. Nam, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:    May 3, 2023                          /s/ Sue J. Nam
                                               SUE J. NAM